1  Jonathan A. Stieglitz, Esq.
2  (SBN 278028)
   jonathan.a.stieglitz@gmail.com
3  THE LAW OFFICES OF
   JONATHAN A. STIEGLITZ
4  11845 W. Olympic Blvd., Suite 800
   Los Angeles, California 90064
5  Telephone:   (323) 979-2063
   Facsimile:   (323) 488-6748
6
   Attorney for Plaintiff
7  ELI ALON

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI ALON | Case No.: 4:20-cv-08722-HSG |
| Plaintiff, | Judge Haywood S. Gilliam Jr. |
| -against- | **ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS BANK OF AMERICA, N.A.'S MOTION TO DISMISS** |
| EXPERIAN INFORMATION SOLUTIONS, INC. et al. | |
| Defendant(s). | Current Deadline: March 19, 2021<br>Extended Deadline: April 9, 2021 |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation to extend time for Plaintiff to respond to Defendant, Bank of America, N.A., ("BANA"), Motion to Dismiss, made by and between the Parties and for good cause shown:

Plaintiff's responsive pleading deadline is extended (21) days from March 19, 2021 to April 9, 2021.


**IT IS SO ORDERED.**

___3/22/2021___　　　　　　　　　*Haywood S. Gilliam Jr.* (signature)
DATE:　　　　　　　　　　　HON. HAYWOOD S. GILLIAM JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE