1  Jonathan A. Stieglitz (SBN 278028)
   jonathan.a.stieglitz@gmail.com
2  THE LAW OFFICES OF
   JONATHAN A. STIEGLITZ
3  11845 W. Olympic Blvd., Suite 800
   Los Angeles, California 90064
4  Telephone: (323) 979-2063

5  Attorney for Plaintiff
   ELI ALON

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI ALON<br><br>Plaintiff<br><br>Against<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.;<br><br>BANK OF AMERICA, N.A.<br><br>Defendant(s) | Case No.: 4:20-cv-08722-HSG<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.**<br><br>[Filed concurrently with (Proposed Order)]<br><br>Complaint Filed: 12/09/2020 |

IT IS HEREBY STIPULATED by and between Plaintiff Eli Alon ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant"), by and through their respective counsel of record, that the above-captioned action, including all parties and claims alleged therein, be and hereby is dismissed with prejudice in

accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Stipulation of Dismissal with Prejudice

DATED: April 9, 2021          THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By:  /s/Jonathan A. Stieglitz
Jonathan A. Stieglitz
Attorneys for Plaintiff
ELI ALON

DATED: April 9, 2021          McGuire Woods, LLP

By:  /s/ Salwa Syeda Kamal
Salwa Syeda Kamal
Attorneys for Defendant
BANK OF AMERICA, N.A.

Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELI ALON | Case No.: 4:20-cv-08722-HSG |
| Plaintiff | **PROPOSED ORDER FOR CASE DISMISSAL WITH PREJUDICE AS TO BANK OF AMERICA, N.A.** |
| Against | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; | |
| BANK OF AMERICA, N.A. | |
| Defendant | Complaint Filed:  12/09/2020 |

THE COURT having reviewed the Parties' Proposed Stipulation for Dismissal With Prejudice, and being fully advised in the premises, DOES HEREBY ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees

1 | BY THE COURT:

2 | 
3 | _4/13/2021_   *Haywood S. Gillam Jr.*
DATE:             HON. Haywood S. Gillam Jr.